JUDGE PHILIP MARTINEZ

FILED

2014 APR 23 PM 2: 10

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | **INDICTMENT** |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. EP-14-CR - _____ |
| | § | |
| ALBERT HIBBERT, | § | VIOLATIONS: |
| Defendant. | § | |
| | § | (Count 1) 18 U.S.C. § 2252(a)(4)(B) |
| | § | § 2252(b)(2) |
| | § | **Possession of Material Involving the** |
| | § | **Sexual Exploitation of Children** |
| | § | |
| | § | Notice of Forfeiture |

EP14CR0792

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
**(18 U.S.C. § 2252(a)(4)(B) & § 2252(b)(2) )**

Beginning on or about April 3, 2014, in the Western District of Texas and elsewhere, the defendant,

**ALBERT HIBBERT,**

knowingly possessed matter containing one or more visual depictions involving the use of a person under the age of eighteen (18), engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), which visual depictions had been transported in interstate and foreign commerce, to wit: by computer, and were produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and the producing of which involved the use of a minor engaging in sexually explicit

conduct and such visual depictions were of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

### Notice of Government's Demand for Forfeiture
### (18 U.S.C. § 2253 and 21 U.S.C. 853)

Upon the conviction of one or more of the offenses set forth in Counts One and/or Two, the Defendant,

**ALBERT HIBBERT,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all right, title and interest of the defendant in any and all visual depictions described in Title 18, United States Code, Sections 2251, 2251A, or 2252, and any and all books, magazines, periodicals, films, videotapes, and other matters which contain any such visual depiction, which were produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, Part I, United States Code; any property, real and personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and any property, real and personal, used or intended to be used to commit or to promote the commission of such offenses, and any property traceable to such property.

ORIGINAL SIGNATURE
A TRUE REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY


ROBERT PITMAN
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

2