PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**EP14CR0792**

| SEALED: | | UNSEALED   XX |
|---|---|---|
| COUNTY: EL PASO | DIVISION: EL PASO | JUDGE: |
| DATE: April 23, 2014 | MAG CT #: EP-14-MJ-1387-NJG | FBI #: |
| CASE NO: EP-14-CR- | ASSISTANT U.S. ATTORNEY: ROBERT ALMONTE II | |
| DEFENDANT: **ALBERT HIBBERT** | | DOB: REDACTED |

| ADDRESS: REDACTED |
|---|

| CITIZENSHIP: US     INTERPRETER NEEDED: no   LANGUAGE: | |
|---|---|
| DEFENSE ATTORNEY:   James O. Darnell | EMPLOYED   XX<br>APPOINTED |

| DEFENDANT IS: Custody<br>        ADDRESS: El Paso County Detention Facility | |
|---|---|
| DATE OF ARREST:   April 3, 2014 | BENCH WARRANT:  NO |

| PROSECUTION BY:   INDICTMENT |
|---|
| OFFENSE (Code and Description):<br>CT 1: 18 U.S.C. § 2252(a)(4)(B) - Possession of Material Involving the Sexual Exploitation of Children |
| ***NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE*** |
| OFFENSE IS:   FELONY |
| MAXIMUM SENTENCE:<br>CT 1:  NOT MORE THAN 10 YRS/$250,000/5 YRS TO LIFE SUPV RELEASE/$100 SPECIAL ASSESSMENT |
| PENALTY IS MANDATORY:   NO |
| REMARKS:  HSI- Melissa Navarro |

WDT-Cr

9